IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN QUINN LUCAS, <br> TDCJ-CID #644056, <br><br> Petitioner, <br><br> v. <br><br> DOUG DRETKE, <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br> CIVIL ACTION NO. H-05-3156 |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered this date, this case is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

For the reasons stated in the court's Memorandum Opinion and Order and because the petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is **DENIED**.

**SIGNED** at Houston, Texas, on this 7th day of November, 2005.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE